IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES CRAWFORD, :  *Plaintiff*, : : | |
| v. : | CIVIL ACTION NO. 25-CV-4488 |
| : JOHN ZILLMER, :  *Defendant*. : | |

## ORDER

AND NOW, this 29th day of October, 2025, upon consideration of James Crawford's Motion to Proceed *In Forma Pauperis* (Dkt. No. 5), Prisoner Trust Fund Account Statement (Dkt. No. 6), and *pro se* Complaint (Dkt. No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. James Crawford, # 457321, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case. The Court directs the Director of the Yakima County Department of Corrections or other appropriate official to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to Crawford's inmate account; or (b) the average monthly balance in Crawford's inmate account for the six-month period immediately preceding the filing of this case. The Director or other appropriate official shall calculate, collect, and forward the initial payment assessed pursuant to this Order to the Court with a reference to the docket number for this case. In each succeeding month when the amount in Crawford's inmate trust fund account exceeds $10.00, the Director or other

appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to Crawford's inmate account until the fees are paid. Each payment shall refer to the docket number for this case.

3. The Clerk of Court is **DIRECTED** to send a copy of this Order to the Director of the Yakima County Department of Corrections.

4. The Complaint is **DEEMED** filed.

5. Crawford's Complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for the reasons stated in the Court's Memorandum.

6. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

*/s/ Gerald J. Pappert*
**GERALD J. PAPPERT, J.**